IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**WILLIE EARL CURRY**                                                       **PLAINTIFF**

**v.**                                                               **No. 1:22CV134-GHD-JMV**

**WARDEN JOSH DAVIS, ET AL.**                                 **DEFENDANTS**

**ORDER RESTRICTING DOCUMENTS
TO THE COURT AND PARTIES ONLY**

As the instant petition [1] for a writ of *habeas corpus* and supporting documents [13], [14] (found in the petitioner's response to a show-cause order) contain sensitive information, the Clerk of the Court is **DIRECTED** to restrict access to these documents to the court and parties only.

**SO ORDERED**, this, the 13th day of December, 2022.

                                                           /s/ Glen H. Davidson
                                                           SENIOR JUDGE