IN The United States District Court
for The Northern District of Mississippi
Aberdeen Division

RECEIVED DEC 27 2022 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Willie Earl Curry　　　　　　　　　　Plaintiff
v.　　　　　　　　　　　　　　No. 1:22 CV134-GHD-JMV
Warden Josh Davis, Et Al.　　　　　Defendants

Response To:
Order Construing Instant Case as A
Petition For a Writ of Habeas Corpus Under
28 U.S.C. § 2254

In my initial complaint under 42 USC § 1983, Accused Mississippi Department of Corrections of Identity Theft and Body theft plus the fraudulent issuing of Prison ID number #168509 to two distinct persons. See Exhibit #A a complete fraud, my picture but the social security number #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 and Date of Birth 04-12-1954 of a deceased dead Marine Corporal name Willie Curry, Prison ID number in the Top Left corner of Exhibit #A.

See also Exhibit #B my picture, my social security number # 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 my Date of Birth 06-18-1953, name Willie Earl Curry

(1)

with crimes I have not legally been convicted for, also with illegal ID number #168509 in top left corner of Exhibit #B, already issued to Exhibit #A making it illegal for Exhibit #B to possess.

My objection is I don't think that a habeas corpus is going to deal with the complaints I addressed in my 42 U.S.A § 1983, dealing with the identity theft and the prison ID number #168509. My problem with MDOC will continue to exist and need to be addressed with the proper authority.

This evidence proves the convictions of Willie Curry SSN-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-D.O.B. 04-12-54, Exhibit #A - MDOC offender Data Sheet Exhibit #C - Order amending indictment, Willie Curry with his criminal history - 2 aggravated assaults and a forgery.
Exhibit - C#1 - Motion to Amend, Willie Curry with his criminal history.
Exhibit #D - Notice of Criminal Disposition with Willie Curry's Date of Birth and Social Security Number - SSN-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-D.O.B 4-12-1954.

(2)

Exhibit #BBB - TDOC stating Willie Curry's criminal history of assaults and forgery. Exhibit-K- Court of appeals of the state of Mississippi references the conviction to Willie Curry and not Willie Earl Curry that has no conviction and no sentence in the state of Mississippi.

Exhibit - Case 3:19-cv-00251-SA-JMV Doc #22 page 5 (2) a letter dated May 13, 2011 verifying Willie Curry as the main person in the intertwine files with his criminal history and Willie Earl Curry as his AKA, see Exhibit #K - Court of appeals.

TDOC and Shelby County Probation and Parole acknowledged that Willie Earl Curry was one of Willie Curry's AKA's, thats why Madison County changed the person in the Amended indictment 2010-0331 from Willie Earl Curry to Willie Curry - see Exhibit #C - #C-1

Madison County Circuit Court in July 2011 transferred Willie Earl Curry SSN. Last 4-2702 Birth Date 06-18-1953 to Rankin County Classification Center as Willie Curry

(3)

SSN-Last four 0657-Birth date 04-12-1954. See Exhibits #A, see Exhibit #C #C-1, #D because thats who the court gave the conviction to, (see Direct Testimony of James Cannon (Page 512 and 513 changing Willie Earl Curry to be Willie Curry in the Circuit Court Room. Page 513 Direct Sentencing line 9-14, in June 6, 1993 Willie Curry SSN 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 gave Probation and Parole my home address and my Social Security Number, A fact, it could not have been me, because in my Exhibit #G I was still in prison, was not released until October, 1993. Exhibits and Documentations as evidence proves that Willie Earl Curry last four 2702 Date of Birth was not convicted in Madison County Circuit Court, I was accused of giving the wrong Social Security number while being booked into Madison County Jail, its all in the sentencing order, so they changed my identity to be the Deceased Dead Marine Name Willie Curry last four #0657-D.O.B. 04-12-1954.

My Complaint against MDOC concerning the two fraudulent identifications Exhibits #A and #B, with the same Prison ID Number #168509 need to be addressed because the problem still exist and will continue to exist until resolved.

(4)

Judge Davidson I pray that you look hard at the evidence and all exhibits and give a just and fair opinion when dealing with this case. Thank you for listening.

12-21-2022

Respectfully,
Willie Earl Curry

(5)

Willie Earl Curry #168509
ACRCF   F-36
2839 S. Harper Rd.
Corinth, Ms. 38834

 



RECEIVED
DEC 27 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Clerk U.S. District Court
Pro Se Law Clerk
203 Gilmore Dr.
Amory, Ms. 38821