# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60388

---

A True Copy
Certified order issued Aug 17, 2023

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

In re Willie Earl Curry,

*Movant.*

---

Motion for an Order Authorizing
the United States District Court
for the Northern District of Mississippi
to Consider a Successive 28 U.S.C. § 2254 Application
USDC No. 1:22-CV-134

---

UNPUBLISHED ORDER

Before Smith, Elrod, and Wilson, *Circuit Judges*.

Per Curiam:

  Willie Earl Curry, Mississippi prisoner # 168509, requests this court's authorization to file a second or successive 28 U.S.C. § 2254 application in district court to challenge his sentence as a non-violent habitual offender following his jury verdict convictions for attempt to exploit a vulnerable adult, conspiracy to exploit a vulnerable adult, and possession of hydrocodone. To the extent he presented this claim in his first application, he may not do so again. *See* 28 U.S.C. § 2244(b)(1). In any event, after the district court transferred Curry's latest § 2254 application to this court as a motion for authorization, the Mississippi circuit court granted Curry a

resentencing hearing and imposed a new sentence. His counsel thus avers Curry has received the relief he was seeking.

Accordingly, IT IS ORDERED that Curry's motion for authorization is DENIED.